Lauri S. Thompson (Bar No. 6846)
Chris Austin (Bar No. 6559)
Laraine M.I. Burrell (Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OpBiz, LLC D/B/A Planet Hollywood Resort & Casino, a Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Unister GmbH, an entity of unknown origin,<br><br>Defendant. | Case No. 2:09-cv-2192-KJD-RJJ<br><br>ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT |

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment, the accompanying points and authorities, the record in this action, and for other good cause shown;

IT IS HEREBY ORDERED that default judgment is hereby entered in favor of Plaintiff OpBiz, LLC D/B/A Planet Resort & Casino, LLC ("PHRC") and against Defendant Unister GmbH for use of the <planet-hollywood-resort.com> Infringing Domain Name;

///
///
///
///
///
///

1.

LV 419,037,143v1 3-12-10

IT IS FURTHER ORDERED that the registrar for the Infringing Domain Name shall transfer the <planet-hollywood-resort.com> domain name registration to Plaintiff.

IT IS FURTHER ORDERED that the registrar for the Infringing Domain Name shall transfer the <planet-hollywood-resort.com> domain name registration to Plaintiff and if the registrar so chooses to act in abidance of the defendant and is unwilling to comply with this order, control of the domain name shall then be assigned to the corresponding registry, Verisign, of the <planet-hollywood-resort.com> domain name who will then be required to change the registrar of record for the domain name to Tucows, Inc., which will subsequently permanently transfer the <planet-hollywood-resort.com> domain name to Plaintiff.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/16/2010

Submitted by:

GREENBERG TRAURIG, LLP

_____
Lauri S. Thompson (Bar No. 6846)
Chris Austin (Bar No. 6559)
Laraine M.I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Plaintiff

2.

LV 419,037,143v1 3-12-10